UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FELICIA BALLARD, et al.,

    Plaintiffs

v.                                          CASE NO.: 4:08-CV-470-SPM-WCS

BOOTH ASSOCIATES SE INC,

    Defendant.

_____/

## ORDER

PENDING NOW before the Court is Robert S. Williams' Motion (doc. 29) to Withdraw his previous Motion to Modify Subpoena (doc. 28). In support of this motion, Mr. Williams states that the Plaintiffs have cancelled the proposed deposition date and are seeking to reschedule at a mutually convenient time. Accordingly, it is hereby

ORDERED AND ADJUDGED:

1.    The Motion (doc. 29) is GRANTED.

2.    The Motion to Modify Subpoena (doc. 28) is WITHDRAWN.

SO ORDERED this <u>eighth</u> day of July, 2009.

                          *s/ Stephan P. Mickle*
                          Stephan P. Mickle
                          Chief United States District Judge